54 P.3d 946

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Williams | 24349 | 08/19/2002 | Affirmed |
| State v. Manuel | 23632 | 08/29/2002 | Affirmed |
| Doe, In re | 23446 | 08/29/2002 | Affirmed |
| Jou v. Stanton | 24401 | 09/10/2002 | Affirmed |
| State v. Elizares | 23619 | 09/13/2002 | Affirmed |
| Farias v. Farias | 24444 | 09/13/2002 | Affirmed |
| Hutch v. State | 23959 | 09/13/2002 | Affirmed |
| Miho v. Doe | 24520 | 09/18/2002 | Reversed |
| Bank of Hawaii v. Brown | 23793 | 09/18/2002 | Reversed |
| Carlyle v. Queen's Medical Center | 24031 | 09/20/2002 | Affirmed |
| Barnett v. Penarosa | 23811 | 09/20/2002 | Vacated in part and affirmed in part |
| Tretsven v. Tretsven | 24061 | 09/20/2002 | Vacated and remanded |
| Barker v. Mac Farms of Hawaii, Inc. | 23928 | 09/23/2002 | Affirmed |
| State v. Pacheco | 24645 | 09/25/2002 | Affirmed |
| Doe v. Doe | 24159 | 09/27/2002 | Vacated in part, affirmed and remanded |
| State v. Jennings | 24482 | 09/30/2002 | Affirmed |
| Associates Financial Services Co. of Hawaii, Inc. v. Richardson | 22595 | 09/23/2002 | Denied |